WILLIAM CLARK, Jr., as Executor, etc., Respondent, *v.* GEORGE CLARKE, Impleaded, etc., Appellant.

(Submitted May 3, 1887, decided May 13, 1887.)

*Sayles, Jenkins & Devereux* for appellant.

*Weller & Moore* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

———————

CHARLES F. HINCK et al., Respondents, *v.* ADOLPH DESSAR et al., Appellants.

(Submitted May 3, 1887, decided May 13, 1887.)

*Stern & Myers* for appellants.

*Blumenstiel & Hirsch* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

———————

In the Matter of the Application of L. E. CHITTENDEN to Compel Payment by his Attorney of Moneys Received.

(Argued May 3, 1887; decided May 13, 1887.)

*Moody B. Smith* for appellant.

*E. L. Chittenden* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.